IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ASHLEY WHITE et al,<br><br>Plaintiff,<br><br>v.<br><br>MÁXIMO SOLAR INDUSTRIES, INC. et al,<br><br>Defendant. | CIVIL NO.  18-cv-1913(PAD)<br><br><br><br><br><br><br><br>PRODUCT LIABILITY, TORT |

**MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE PLEAD**

**TO THE HONORABLE PEDRO A. DELGADO
U. S. DISTRICT JUDGE:**

Come Now Maximo Solar Industries, Inc. and Maximo Solar Group, Corp. through the undersigned counsel without submitting to the jurisdiction of this court respectfully allege and pray as follows:

1. Plaintiffs attempted service of process on December 13, 2018 through a receptionist and not to an authorized representative designated by law to accept service of process as was declared under penalty of perjury by process server.

2. The undersigned counsel is away from the jurisdiction and the defendants' offices are close during the holidays.

3. The above notwithstanding, an additional thirty (30) days to file the appropriate responsive pleading is requested.

WHEREFORE, it is requested that a thirty (30) day extension be granted to file the appropriate responsive pleading.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 21st day of December, 2018.

*s/ Rubén T. Nigaglioni -Mignucci*
Rubén T. Nigaglioni-Mignucci
UDSC-PR No. 119901
Nigaglioni Law Offices, PSC
Attorneys for PLAINTIFFS
P. O. Box 9023865
San Juan, Puerto Rico 00902-3865
Tel.: (787)765-9966
Fax: (787) 751-2520
rtn@nigaglionilaw.com